WILLIAM A. NEIMEIER, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, because of error in the charge of the court at folios 314, 315, to the effect that plaintiff had the right of way, when in fact the ordinance in force at the time of the accident (Code of Ordinances, § 448-a)* gave

---

* *Sic.* Accident happened on February 12, 1923. See Code of Ordinances of City of New York, chap. 24, § 15, subd. 1. Since amd. May 8, 1923, approved May 18, 1923. See, also, Cosby's Code of Ordinances (Anno. 1925), pp. 547, 621.— [REP.

defendant's trolley car the right of way when proceeding in a northerly direction. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.